

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2016

No. 04-16-00416-CV

Robert **LOWRY**, MD; Neurology and Neurophysiology Associates, PA; JCMLR, PA; and
Lynnell Lowry, MD,
Appellants

v.

Peter A. **TARBOX**, MD and/or d/b/a Peter A. Tarbox, MD PA,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-20160
Honorable David A. Canales, Judge Presiding

## O R D E R

Although appellant timely requested the preparation of a reporter's record, the record was not filed by the due date of July 8, 2016. This court notified court reporters Luis Duran and Liche Cavazos by letter that the record was past due. Luis Duran has filed a motion for extension of time until October 3 (87 days after the original due date) to file the record.

We grant the motion in part and **order** Luis Duran and Liche Cavazos to file the reporter's record by **September 6, 2016** (60 days after the original due date). The court reporters are advised that the court will not grant a further extension of time unless they (1) establish there are extraordinary circumstances that prevent them from timely filing the record, (2) advise the court of what efforts have been expended to prepare the record and the status of completion, and (3) provide the court reasonable assurance the record will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court